**Order entered November 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00179-CV**

**IN THE INTEREST OF A.P.N., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-05082**

**ORDER**

Before the Court is appellant's fourth motion to extend time to file his brief. Appellant explains the parties partially settled this case and submitted a proposed order to the trial court on October 28, 2020 in accordance with their agreement. However, the trial court has not yet signed the order and has scheduled a status conference for December 18, 2020. Appellant requests the extension to allow the trial court an opportunity to sign the order as the order would significantly limit the remaining issues in the appeal.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 31, 2020.  We caution appellant that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
        JUSTICE